UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 08-3635

SHIH-LIANG CHEN,
                Appellant

v.

TOWNSHIP OF FAIRFIELD; MAYOR AND TOWN COUNCIL;
TOWNSHIP PLANNING BOARD AND ENGINEER; JOHN DOE 1-25;
JANE DOE 1-25; BENNET STERN, ESQ.; LAVINTHAL STERN

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 2-07-cv-02955)
District Judge: Honorable Katharine S. Hayden

Submitted Under Third Circuit LAR 34.1(a)
November 9, 2009

Before: AMBRO, GARTH, and ROTH, Circuit Judges

**JUDGMENT**

This cause came on to be heard on the record before the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on November 9, 2009.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated July 31, 2008 is hereby affirmed. Costs

taxed against the Appellant.  All of the above in accordance with the opinion of this Court.

                                          ATTEST:

                                        /s/Marcia M. Waldron
                                        Clerk

Dated: December 2, 2009